P-Send

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Bruce McDonald DEFENDANT. | CASE NUMBER 16 MJ 00693 ABSTRACT OF COURT PROCEEDING |
|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable **Karen L. Stevenson**,
☐ United States District Judge ☒ United States Magistrate Judge, has this date ☐ ordered ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ___ social ☐ ___ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith     ☐ as soon as possible     ☐ as requested, at suitable times

☐ Allowed social visits     ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **Thyroid condition + Degenerative Con**
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Other **Long Sleeve attire and prescription needs.**
**Levothyroxine (thyroid condition)**

Dated: **4-4-16**

CLERK U.S. DISTRICT COURT
By: _____ Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                ABSTRACT OF COURT PROCEEDING                ★ U.S. GPO: 2004-685-310