# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __16-MJ-693__ CourtSmart __C/S__ Date: __April 8, 2016__

Present: The Honorable __KAREN L. STEVENSON__, U.S. Magistrate Judge

| __R. Horan Walker__ | __Kathy Yu__ | __N/A__ |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Michael Bruce McDonald | Attorney Present for Defendant: Georgina Wakefield |
|---|---|
| ☑ Present ☑ Custody ☐ Bond ☐ Not present | ☑ Present ☐ CJA ☐ Retd ☑ DFPD ☐ Not present |

**I. PROCEEDINGS:** ☑ IDENTITY HEARING ☐ REMOVAL HEARING ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20 ☑ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

☑ Process ☑ received ☐ not received
☑ Witness(es) CST ☑ Exhibits Marked ☑ See separate list.
☑ Court orders that exhibits be returned to the respective counsel / party of record. ☑ See receipt for Release of Exhibits to Counsel.
☑ Court finds defendant ☑ to be the person ☐ not to be the person charged in the ☑ Indictment ☐ Information
☐ Complaint.
☐ Court finds ☐ probable cause ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☑ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights. ☐ Process received. ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to __Eastern__ District of __Missouri__
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: __April 8, 2016__ By: __R. Horan Walker__.
☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST ☐ Exhibits Marked ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____
before Judge _____ in courtroom _____.
☐ Other: _____

I. _____ : 30 mins.
II. _____ : _____
Deputy Clerk Initials __rh__