## LIST OF EXHIBITS AND WITNESSES

| Case Number | 16-MJ-693 | Title | United States of America v. Michael Bruce McDonald |
|---|---|---|---|
| Judge | KAREN L. STEVENSON, United States Magistrate Judge | | |
| Dates of Trial or Hearing | April 8, 2016 | | |
| Court Reporters or Tape No. | CourtSmart | | |
| Deputy Clerks | R. Horan Walker | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Kathy Yu, AUSA | Georgina Wakefield, FPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Tiana Kostic, FBI Special Agent | Govt |
| 1 | X | X | | | | Form M-5 Minutes of Proceedings | |
| 2 | X | X | | | | Arrest Warrant | |
| 3 | X | X | | | | Indictment | |
| 4 | X | X | | | | Advice of Miranda Rights form | |